AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

809152

UNITED STATES OF AMERICA

V.

NICOLE M. IONA

(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: CR 03-00538HG-02

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2007

at 11 o'clock and 0 min. _M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST NICOLE M. IONA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked.

in violation of Title  United States Code, Section(s) .

___Sue Beitia___
Name and Title of Issuing Officer

[signature]
Signature of Issuing Officer/Deputy Clerk

Clerk U.S. District Court
Title of Issuing Officer

2006 AUG 28 PM 12:07  RECEIVED
U.S. MARSHALS SERV.
HONOLULU, HI

AUGUST 28, 2006 at Honolulu, Hawaii
Date and Location

Bail Fixed at No Bail warrant         By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at  Honolulu, HI.

| Date Received 8/28/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 2/21/07 | Arthur Oh / DUSM | [signature] |