# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 27, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00538HG-002 |
| CASE NAME: | UNITED STATES OF AMERICA v. (02)NICOLE M. IONA |
| ATTYS FOR PLA: | Florence T. Nakakuni, AUSA |
| ATTYS FOR DEFT: | Richard Kawana, Esq. |
| U.S.P.O.: | Sydney Fleming |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 27, 2007 | TIME: | 3:30 - 3:35 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO (02) DEFENDANT NICOLE M. IONA

The defendant is present in custody.

The hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked as to Defendant (02) Nicole M. Iona is continued to March 13, 2007 at 11:00 a.m.

   Submitted by: Mary Rose Feria, Courtroom Manager