# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 13, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00538HG-002 |
| CASE NAME: | UNITED STATES OF AMERICA v. (02)NICOLE M. IONA |
| ATTYS FOR PLA: | Florence T. Nakakuni, AUSA |
| ATTYS FOR DEFT: | (02) Richard Kawana, Esq. |
| U.S.P.O.: | Sydney Fleming |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | March 13, 2007 | TIME: | 11:00 - 11:50 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO (02) DEFENDANT NICOLE M. IONA

The defendant is present in custody.
The defendant admitted to Violation Nos. 1, 2, 3, 4, and 5.  With regard to Violation No. 4, defendant admitted to associating with Cherlyn Napulou and Jeannie Bucio

The Court finds that this is a Grade C violation, Criminal History Category I.

Supervised release is revoked.

     ADJUDGED: Impr of 6 MONTHS as to each of Counts 1 and 2, with both terms to run concurrently.

     SUPERVISED RELEASE: 48 MONTHS as to each of Counts 1 and 2, with both terms to be served concurrently, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant participate in and comply with a substance abuse treatment, which includes drug and alcohol testing in a program approved by the Probation Office and which may include residential treatment. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant serve 6 months community confinement, in a residential reentry center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant shall obtain full time employment and/or enroll in an educational program as approved and directed by the Probation Office

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10. That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11. Without the prior written approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area, which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

Advised of rights to appeal the sentence, etc.

Submitted by: Mary Rose Feria, Courtroom Manager