CR 03-00538 HG 02

Dear Chief Judge Gillmor,
03/03/07

    I, Nicole Mailelani Iona, Registration #95135-022, feel that my life has fallen apart. I have 2 daughters that keep me going on for every day. I thought I finally got them coming home to me, and then I end up at FDC again. I've been out of the weed & seed areas and have not given a dirty UA since my release from FDC in Sept 2005. All I need to regain my focus is having my 2 daughters Precious and Honey Girl in my life again.

    My hanai family, Nadine Ripley, was not able to help me because even though their support system was there, it was only to a point because of their own personal issues. My mother truly made thing worse for me and my daughters. She abused my oldest daughter constantly without me knowing. The last time, she kicked, punched, & pulled my oldest girl's hair, head, face, until her face was swollen.

    When I saw my daughter, I was ready to hit my mother if it wasn't for my 2 daughters' presence at that time to remind me to use better judgment & to do things legally. I took my girls to Kapolei Police Station to make out a police report. When my mother was called to the station for questioning, she was arrested. I had to send my daughters to the mainland to stay with my Auntie Phylamae. When they return the prosecutor told me the case against my mother will go to court.

    My daughters are my reason to go forward in life. I did take time to soul search & I need my daughters. I tried to get permission to go to the mainland with them, but was told I could not. I have cut off my associating with inmates though honestly they provided me with encouragement that I could not get from others. I understand I was wrong.

    Please accept my apology because I am sorry. I'll do everything you want me to do if only you'll let me have my happiness with my daughters. I am willing to check in every day and go back to therapy with Dr. Myhre. He helped me a lot. I'm able to return to my security job if I need to. But _please_ let me be able to have my daughters return on May 7th when they were scheduled to return to Hawaii.

    I have stayed out of trouble while I was out. I know that not reporting was wrong and I am very sorry. I do pray you can find it in your heart to give me another chance to be with my daughters. Thank you.

Sincerely,

Nicole M. Iona

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2007

at 10 o'clock and 06 min.
SUE BEITIA, CLERK